# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-73-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA ROBERT LUDTKE, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Forfeiture Allegation (Doc. 29), and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___27th___ day of January, 2022.

SUSAN P. WATTERS
United States District Court Judge

1